UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK C COTTER<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 15-1150 |
| ROBIN E. MURRAY, ET AL.<br>    Defendants | SECTION "E" |

### ORDER

Pursuant to Rule 83.4.1 of the Local Rules of the Eastern District of Louisiana,

**IT IS ORDERED** that this matter is hereby referred to the United States Bankruptcy Court for the Eastern District of Louisiana due to related bankruptcy proceedings, namely, *In re Level III Trading Partners, L.P.*, United States Bankruptcy Court for the Eastern District of Louisiana, Case Number 13-12120.

New Orleans, Louisiana this 4th day of May, 2015.

*Susie Morgan*
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE