UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS  500 POYDRAS ST., ROOM C-151
CLERK  NEW ORLEANS, LA 70130

May 4, 2015

Brian Richoux, Acting Clerk
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Room B601
500 Poydras Street
New Orleans, Louisiana 70130

Re: Civil Action No. 2:15cv1150 "E"(4)
Patrick C. Cotter
vs.
Robin E. Murray, et al.

Dear Mr. Richoux:

On May 4, 2015, the Honorable Susie Morgan, United States District Judge for this district, entered an order referring the above captioned case to the United States Bankruptcy Court for the Eastern District of Louisiana.

The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this databases to obtain original pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 504-589-7788.

Pursuant to said order, we are forwarding herewith a certified copy of the docket sheet.

Very truly yours,

WILLIAM W. BLEVINS, CLERK


By: /s/ Brad W. Newell
Deputy Clerk


Enclosures